**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BURBERRY LIMITED, a United Kingdom company, and BURBERRY LIMITED, a New York corporation, | ) ) ) | |
| | ) | Case No. 16-cv-05162 |
| Plaintiffs, | ) ) | **Judge James B. Zagel** |
| v. | ) ) | **Magistrate Judge Sheila M. Finnegan** |
| BIXIANG LIN, et al., | ) ) | |
| Defendants. | ) ) ) | |

**FINAL JUDGMENT ORDER
AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A,
WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

This action having been commenced by Plaintiffs Burberry Limited, a United Kingdom company ("Burberry UK"), and Burberry Limited, a New York corporation ("Burberry US"), together, "Burberry" or "Plaintiffs," against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Burberry having moved for entry of Default and Default Judgment against the defendants identified on Schedule A, with the exception of the Defendants Bee L's store, Graceland Shop, china-town-us, shoppingfreely, nc_y, deielchan.sports, 2010ecshop, showpurchase, and startfromhere123, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Burberry, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Burberry having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that

1

Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Burberry's trademarks (collectively, the "BURBERRY Trademarks"), which are defined as follows:

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 260,843 | BURBERRY | 08/27/1929 | For: clothing – namely, coats and topcoats for men, women, and children; jackets for men, women, and children; breeches for boys; suits for men and boys; waistcoats for men, women, and children; overalls for women and children; skirts for outer wear for women and children; capes for men, women, and children; hats and caps for men, women and children; bonnets for children; hoods and toques for men, women, and children; neckties for men, women, and children; |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | stockings and socks for men, women, and children; braces and suspenders for men and children; belts for outer wear for men, women, and children; boots of rubber and fabric or combinations of these materials for men, women and children; shoes and slippers of leather, rubber, and fabric or combinations of these materials for men, women, and children; gloves for men, women, and children, of leather and fabric in class 025. |
| 510,077 | BURBERRY | 05/24/1949 | For: clothing – namely, coats and topcoats for men, women, and children; jackets for men, women and children; breeches for boys; suits for men and boys; waistcoats for men, women, and children; skirts for outer wear for women and children; capes for men, women, and children; hats and caps for men, women, and children; bonnets for children; hoods, and toques for men, women, and children; neckties for men, women and children; stockings and socks for men, women, and children; braces and suspenders for men, and children; belts for outer wear for men, women , and children; boots for men, women, and children, of leather and rubber |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | or combinations of these materials; shoes and slippers for men, women, and children; of leather, rubber, and fabric or combinations of these materials; gloves for men, women, and children of leather and fabric in class 025. |
| 863,179 |  | 01/07/1969 | For: coats, topcoats, jackets, suits, trousers, slacks, shorts, overalls, skirts, capes, hats, caps, bonnets, hoods, berets, neckties, stockings, socks, belts, boots, shoes, slippers, sandals, gloves, shirts, collars, pajamas, dressing gowns, cardigans, sweaters, pullovers, scarves, blouses, beach robes, dresses, skiwear, and handkerchiefs in class 025. |
| 1,133,122 | BURBERRY | 04/15/1980 | For: handbags, travelling bags, leather travelling cases, attaché cases, leather briefcases, purses, pocket wallets, umbrellas in class 018. |
| 1,241,222 |  | 06/07/1983 | For: coats, top coats, jackets, trousers, slacks, waistcoats, skirts, capes, hats, bonnets, berets, shirts, scarves, shawls and blouses in class 025. |
| 1,607,316 | BURBERRY | 07/24/1990 | For: spectacles, sunglasses fitted cases, frames and lenses, all for sunglasses, for spectacles in class 009. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 1,622,186 |  | 11/13/1990 | For: sunglasses, spectacles; frames and lenses in class 009. |
| 1,747,765 | BURBERRY | 01/19/1993 | For: wrist watches and straps and bracelets therefor, and cuff links in class 014. |
| 1,855,154 |  | 09/20/1994 | For: watches, and parts therefor; straps, bracelets for wrist watches; cuff links in class 014. |
| 1,903,508 |  | 07/04/1995 | For: watches and parts therefor; straps, bracelets for wrist watches; jewelry costume jewelry; tie pins and cuff links in class 014. |
| 2,022,789 |  | 12/17/1996 | For: suitcases, traveling bags, holdalls, suit and garment carriers for travel, attaché cases, document cases, briefcases, purses, drawstring pouches, wallets, billfolds, passport holders, key cases, handbags, shoulder bags, credit card cases, business card cases, toilet bags sold empty, toilet cases sold empty, shaving bags sold empty, tie cases for travel, umbrellas and parasols in class 018.<br><br>For: traveling comforter, namely, fabric blanket-like articles for keeping warm, e.g., |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | when traveling in cold climates, or for use as a stadium blanket in class 024.<br><br>For: clothing for men and women, namely, scarves, pullovers, cardigans, sweaters, overcoats, raincoats, shirts, belts; slippers for men in class 025.<br><br>For: golf bags, golf club covers, golf ball holders, cases containing golf balls, golf tees and golf markers, cases for holding score cards, pens and pencils for use in golf in class 028. |
| 2,512,119 |  | 11/27/2001 | For: non-medicated toilet preparations, namely, perfumes, eau de cologne, and toilet water, shampoos, shower gels and bath gels; deodorants; shaving preparations in class 003.<br><br>For: for articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags, overnight bags, shoulder bags, tote bags, carryall bags, traveling bags, hand bags, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetic bags sold empty; brief cases, satchels and |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | portfolios; cases for personal organizers and for mobile telephones; umbrellas, leather key fobs, leather key holders, and dog coats in class 018. |
| 2,610,329 | PRORSUM | 08/20/2002 | For: clothing, namely, footwear, raincoats, blousons, casual coats, polo shirts, blouses, dresses, skirts, jackets, trousers, suits, shirts in class 025. |
| 2,612,272 |  | 08/27/2002 | For: retail store services in the fields of clothing, accessories, shoes, luggage, leather goods and fragrances in class 035. |
| 2,624,684 | BURBERRY | 09/24/2002 | For: retail store services featuring clothing, watches, sunglasses, accessories, shoes, luggage, leather goods and fragrances in class 035. |
| 2,654,697 | PRORSUM | 11/26/2002 | For: articles of luggage, namely, suitcases, carry-on bags, clutch bags, overnight bags, shoulder bags, tote bags, carryall bags, traveling bags, hand bags, wallets and purses in class 018. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,728,709 |  | 06/24/2003 | For: fabrics for use in the manufacture of clothing, underclothes, swimwear, headwear, footwear, hosiery, socks; and belts; fabrics for use in the manufacture of cosmetics cases and bags, toiletry cases and bags, and shaving cases and bags; fabrics for use in the manufacture of purses, pouches, bags, luggage, carriers, travel bags, and suit and garment bags; fabrics for use in the manufacture of cases and holders for money, documents, keys, glasses, and ties; fabrics for use in the manufacture of umbrellas and parasols and cases thereof; fabrics for use in the manufacture of straps and bracelets for watches, and straps for shoes and bags; fabrics for use in the manufacture of lining for all the foregoing goods; comforters and blankets in class 024. |
| 2,732,617 |  | 07/01/2003 | For: perfumes, eau de toilettes, eau de parfums; body lotion, soaps; personal deodorants; aftershave; shampoo for the hair and for the body; shower gels; bath gels in class 003. |
|  |  |  | For: articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags; duffel and |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | gym bags; overnight bags; school book bags, shoulder bags, tote bags, garment bags for travel, carryall bags, traveling bags, hand gabs, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetics bags sold empty; brief cases, satchels and portfolios; parasols, umbrellas, walking sticks; leather key fobs, leather key holders in class 018.<br><br>For: articles of outerclothing, namely, coats, overcoats, trench coats, casual coats, raincoats, jackets and blousons, polo shirts, blouses, dresses, pyjamas, knitwear namely, jumpers, sweaters, gilets, knitted shirts, knitted skirts and knitted scarves; and shorts, trousers, suits, skirts, underclothes, hosiery, headwear, footwear, sports clothing namely, sports trousers, sports shorts, sports shirts, sports jackets, sports footwear; tracksuits; garments that can be attached to or detached from coats, raincoats, trench coats, or casual coats for additional warmth; ties, belts, wraps, serapes, scarves, shawls and stoles, gloves in class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,845,852 |  | 05/25/2004 | For: sunglasses, spectacles, optical glasses; fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; carrying cases and holders for portable computers and mobile telephones in class 009. |
| 2,875,336 | BURBERRY | 08/17/2004 | For: sunglasses, combined sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; cases and holders for portable computers and mobile telephones in class 009.<br><br>For: watches, clocks and parts and fittings for all the aforesaid goods, wrist watches and straps and bracelets therefor and pocket watches, jewelry, imitation jewelry, tie-pins and cuff links; and jewelry boxes, hat and shoe ornaments all made of precious metal or coated therewith in class 014. |
| 2,952,399 |  | 05/17/2005 | For: sunglasses, combined sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; computer |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | carrying cases and specialty holsters and cases for carrying mobile telephones in class 009.<br><br>For: watches, and parts and fittings for all the aforesaid goods, wrist watches and straps and bracelets therefor and pocket watches, jewelry, imitation jewelry, tie-pins and cuff links; and jewelry boxes, all made of precious metal or coated therewith in class 014. |
| 3,202,484 | BURBERRY LONDON | 01/23/2007 | For: non-medicated toilet preparations, namely, perfumes, eau de cologne and toilet water, shampoos, soaps for the body, shower gels and bath gels; anti-perspirants and deodorants in class 003.<br><br>For: candles in class 004.<br><br>For: cases and holders for portable computers and mobile telephones; bags for computers and cameras in class 009.<br><br>For: clocks, jewelry, tie-pins and cuff links; articles made of precious metals or coated therewith, namely, boxes and cases for jewelry, money, pills, trinkets; candle sticks and holders, ice tongs, key rings in class 014.<br>For: writing paper, paper |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | articles, namely, envelopes, gift tags, wrapping and packaging materials, namely, gift paper, gift bags; printed matter, namely, catalogues featuring clothing, handbags and other luxury items; stationery, greeting cards and notebooks in class 016.<br><br>For: articles of luggage, namely, suitcases, athletic and sports bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, tote bags, garment bags for travel, carryall bags, traveling bags, holdalls, handbags, and shoulder bags; wallets; purses; toiletries and cosmetic bags sold empty, briefcases, satchels and briefcase-type portfolios, cases for personal organizers and diaries, umbrellas, walking sticks; dog coats, collars and leads in class 018.<br><br>For: picture frames in class 020.<br><br>For: pillow cases, comforters and bed blankets; clothing labels of textile in class 024.<br><br>For: articles of outerclothing, namely, coats, overcoats, trench coats, casual coats, raincoats, jackets and blousons, shirts, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | polo shirts, blouses, dresses, pajamas, intimate apparel, namely, lingerie; sleepwear and loungerwear; knitwear, namely, jumpers and sweaters, gilets, knitted shirts, knitted skirts and knitted scarves; shorts, trousers, suits, skirts, underclothes, hosiery, headwear, footwear, sports clothing, namely, sports trousers, sports shorts, sports shirts, and sports jackets; sports footwear; tracksuits, ready-made linings sold as component parts of coats, raincoats, trench coats and casual coats; ties, belts and wraps as clothing, serapes, scarves, shawls and stoles, gloves in class 025. For: teddy bears in class 028. |
| 3,529,814 |  | 11/11/2008 | For: non-metal key fobs in class 020. For: blankets, throws, handkerchiefs, textile used as linings for clothing and accessories, fabrics for use in the manufacture of clothing, footwear, headwear, hosier, belts, bags, cases, holders and key rings, umbrellas, watches, jewelry, towels, blankets, throws in class 024. For: coats, detachable coat linings, rainwear, ponchos, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | jackets, gilets, jerseys, jumpers, sweaters, blouses, shirts, polo shirts, t-shirts, vests, dresses, skirts, trousers, jeans, shorts, ski wear, sports shirts, sports trousers, sweat shirts, waterproof clothing, namely, coats, jackets, and bikinis, sarongs, swimwear, bathrobes, boxer shorts, loungewear, nightwear, undergarments, ties, cravats, footwear, shoes, boots, athletic footwear, slippers, ballet slippers, socks, leggings, caps, hats, head scarves, belts, gloves, mufflers, scarves, shawls, stoles, pashminas, children's and infant's clothing, namely, coats, jackets, ponchos, jerseys, sweaters, blouses, shirts, t-shirts, singlets, vests, tank tops, waistcoats, suits, dresses, skirts, trousers, jeans, shorts, children's headwear, children's swimwear, children's nightwear, children's undergarments, and one-piece clothing, headwear, footwear; cloth bibs in class 025.<br><br>For: teddy bears in class 028.<br><br>For: retail store services in the fields of clothing, accessories, footwear, headgear, luggage, leather goods, timepieces, jewelry, eyewear and fragrances in class 035. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,766,097 |  | 03/30/2010 | For: textiles and textile goods, namely, upholstery fabrics, household linen, bed linen, bath linen, table linen, quilts, bed blankets, blanket throws, blankets for outdoor use, children's blankets, lap blankets, pet blankets, duvets, eiderdowns, beach towels, picnic blankets for outdoor use, handkerchiefs, textile labels, plastic furniture coverings, unfitted fabric furniture covers, curtains, textile wall hangings, fabrics for textile use and textile used as lining for clothing, cushion covers in class 024. |
| 3,879,249 | BURBERRY | 11/23/2010 | For: articles of outer clothing, namely, coats, jackets, rainwear, ponchos, gilets, detachable coat linings, raincoats; blousons; casual coats; polo shirts; blouses; dresses; pyjamas; knitwear, namely, jerseys, jumpers, cardigans, sweaters, knitted leggings; shorts; trousers; suits; skirts; jackets; articles of underclothing, namely, boxer shorts, lingerie, loungewear, nightwear, underwear, undergarments; hosiery; headwear; footwear; sports clothing, namely, ski wear, sports jackets, sports jerseys, sports shirts, sports trousers, sweat pants, sweat shirts, sweat shorts, tracksuits, tennis wear, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | swimwear; sports footwear; tracksuits; ready-made linings, namely, finished textile linings for garments; ties; clothing belts; wraps; serapes; scarves; shawls and stoles; gloves in class 025. |
| 3,898,440 | BURBERRY | 01/04/2011 | For: woven materials and textile goods, namely, woven fabrics, fabrics for use in the manufacture of clothing, swimwear, headgear, footwear, hosiery, belts, bags, cases, cosmetic cases, toiletry bags, purses, wallets, luggage, garment bags, umbrellas, straps and bracelet for watches, clothing for animals, collars and leashes for animals; bed linen and table linen; travelling rugs; articles made from material and textile, namely, place mats of textile material bed blankets, blanket throws, blankets for outdoor use, children's blankets, lap blankets, pet blankets, comforters, towels, facecloths, handkerchiefs, textile labels, coverings of plastic for furniture, unfitted fabric furniture covers, curtains, wall hangings, cushion covers in class 024. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,065,311 |  | 12/6/2011 | For: non-medicated toilet preparations for the bath and shower, perfumes, talcum powder, cosmetics, preparations for teeth and for hair, namely, toothpaste and shampoos and hair conditioners, soaps, all over body wash; shampoos, anti-perspirants, eau de cologne; eau de toilette with or without alcohol; and toilet water, essential oils, baby body balm, massage oil, potpourri in class 003.<br><br>For: cutlery, christening spoons for household purposes in class 008.<br><br>For: infant feeding bottles and teats; cups adapted for feeding babies, infants and children; pacifiers for babies, teething rings and teething rings incorporating baby rattles in class 010.<br><br>For: baby carriages, strollers, prams; baby carriage, stroller and pram hoods, covers and accessories for the aforesaid goods, namely, stroller bags, head supports, shades, pillows, weather shields, rain covers, umbrellas, foot muffs, cup holders, wheeled boards; safety seats for infants and children for vehicles in class 012. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: jewellery, imitation jewellery, figurines of precious metal in class 014.<br><br>For: bags, namely, athletic and sports bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, tote bags; trunks, valises, suitcases, travel bags, garment bags for travel, baby bags for carrying babies, accessories, baby carriers worn on the body, baby harnesses, rucksacks, satchels, hold alls, hand bags, shoulder bags, shopping bags and purses, pouches, wallets, key holders made of leather, credit card and business card holders, labels; cosmetic cases and bags sold empty; umbrellas, parasols, general purpose and sport trolley bags in class 018.<br><br>For: household, kitchen or table utensils and containers, namely, bowls, vases, bottles, ports, forks, knives, spoons and tongs; tableware, ceramics, porcelain, glassware, earthenware and crockery, namely dishware, pots, bottles, butter dishes, gravy boats, jugs, pitchers, serving platters and trays, sugar bowls, dinnerware, plates, bowls, cups, saucers, mugs, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | drinking glasses, teapots, coffee pots, tea sets, glasses and stemware, cake stands, egg cups, salt and pepper shakers; beakers, namely, wide-mouthed drinking cubs for household use, drinking glasses, namely, tumblers; combs, hair brushes; baby bath tubs; potties for children; portable bath tubs for babies and infants in class 021.<br><br>For: textile and textile items, namely, bed blankets; bed covers; bed linen; cot linen; duvets; curtains; towels; face cloths; mattress covers; pillow cases; quilts and eiderdowns; bed sheets; textile and plastic table covers; place mats of textile; handkerchiefs; travelling rugs; muslin fabric in class 024.<br><br>For: clothing, namely, baby layettes for clothing, shirts, polo shirts, blouses, dresses, shorts, trousers, skirts, jerseys, jumpers, sweaters, vests, t-shirts, tank tops, jeans, pajamas, coats, overcoats, jackets, raincoats, ponchos, underwear, sleepwear, loungewear, ski wear, swimwear, ties, scarves, shawls, gloves, mittens, tights, socks, stockings hosiery, footwear, headwear; diapers of textile in class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: toys, namely, mechanical toys, infant toys, stuffed toys, dolls, teddy bears, clothing for toys, bath toys; games, namely, board games, card games, tabletop games; baby rattles; balls for games; exercise equipment, namely, baby gym mats; swimming floats for children and babies for recreational use in class 028.<br><br>For: retail and wholesale store services featuring clothing, footwear, headwear, bags, small leather goods, accessories, homeware, perfumes and toiletries, jewellery, children and infants' products, luxury items in class 035. |
| 4,166,277 |  | 07/03/2012 | For: non-medicated toilet preparations; cosmetic preparations for the bath and shower; non-medicated body and skin care preparations; cosmetic preparations for care of teeth and for hair; nail care preparations and polish; nail accessories, namely, false nails; soaps; anti-perspirants, deodorants; perfumes, eau de cologne, eau de toilette and toilet water; essential oils, massage oil; pot pourri, room fragrance and incense; cleaning preparations for leather and |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | non-leather good in class 003.<br><br>For: sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods, cases and holders for the aforesaid goods, and parts and fittings for all the aforesaid goods; cases and holders specially adapted for use with portable electronic devices, mobile telephones, portable audio and video systems and computers; camera cases; mobile phones and mobile phone accessories, namely, mobile phone covers and skins, charms and lanyards for mobile phones mobile phone fascias in the nature of protective covers in class 009.<br><br>For: watches, clocks and parts, fittings and cases for all the aforesaid goods; watch straps and bracelets therefore; jewellery, imitation jewellery, tie-pins, tie clips and cuff links; articles made of precious metals or coated therewith, namely, key rings, charms, badges, shoe ornaments; jewellery boxes and cases; models and figures of precious metal in class 014.<br><br>For: all-purpose carrying bags, trunks, valises, suitcases, travelling bags, garment bags, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | baby bags, baby carriers worn on the body, baby harnesses worn on the body, rucksacks, satchels, holdalls, handbags, shoulder bags, shopping bags, wheeled shopping bags; purses, pouches; wallets, key holders made of leather or imitations of leather, credit card holders of leather and imitations of leather, pochettes; labels, luggage labels and tags all made of leather and imitations of leather; cosmetic cases and bags sold empty, case for manicure sets sold empty; jewellery rolls for travel; umbrellas, parasols; clothing for pets; horse blankets; collars and leashes for animals in class 018.<br><br>For: textiles and textile items, namely, bed blankets, bed covers, bed linen, cot linen, duvets, and curtains; towels; face cloths; mattress covers; pillowcases; quilts and eiderdowns; bed sheets; table covers; unfitted fabric furniture covers, wall hangings, cushion covers; placemats of textile; handkerchiefs; travelling rugs; pet blankets; textile labels in class 024.<br><br>For: clothing, namely, shirts, polo shirts, blouses, dresses, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | shorts, trousers, suits, skirts, jerseys, jumpers, sweaters, cardigans, gilets, t-shirts, singlets, vests, tank tops, waistcoats, jeans, pyjamas, coats, overcoats, trench coats, casual coats, raincoats, jackets, ponchos, blousons, capes, lingerie, underwear, undergarments, sleepwear, loungewear; ski wear, sports trousers, sports shorts, sports shirts, sports jackets, sweat pants, sweat shirts, sweat shorts, tracksuits, swimwear; ready-made linings sold as component parts of coats; clothing belts; ties, wraps, serapes, sarongs, scarves, shawls and stoles; gloves; tights, socks, stockings, hosiery, leggings; footwear; headwear in class 025. |
| 4,441,542 |  | 11/26/2013 | For: sunglasses, camera cases, spectacles, optical glasses, mobile phone accessories, namely, mobile phone covers charms and lanyards for mobile phones; fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; cases and holders for portable electronic devices, namely, PDAs (personal digital assistants), smart phones, electronic book |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | readers, tablet computers, netbooks, electronic notebooks, handheld computers and portable digital audio and/or video players, mobile telephones, portable audio and video systems and computers in class 009.<br><br>For: watches, watch straps and bracelets therefor; jewelry, imitation jewelry, tie-pins, tie clips and cuff links; articles made of precious metals or coated therewith, namely, key rings in class 014. |
| 4,702,550 | BURBERRY | 03/17/2015 | For: candles in class 004.<br><br>For: metal key holders; metal key rings in class 006.<br><br>For: goods made of paper or cardboard, namely, paper labels, cardboard boxes, paper bags, paper gift tags; catalogues and pamphlets in the field of fashion; posters, photo albums; photographs; stationery; writing implements; wrapping and packaging materials, namely, gift wrapping paper, gift bags; paper ribbon; greeting cards, notelets; pen holders; book covers; notebooks for writing; paperweights; paper napkins; passport and document covers and holders in class 016. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: all-purpose carrying bags, trunks, valises, suitcases, travelling bags, garment bags for travel, vanity cases sold empty, rucksacks, satchels, holdalls, handbags, shoulder bags, attaché-cases, briefcases, credit card holders, briefcase-type portfolios, athletic and sports bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, tote bags, reusable shopping bags; purses, leather pouches, wallets; pochettes; luggage label holders; cosmetic cases and bags sold empty; cosmetic cases for manicure sets sold empty, jewelry rolls for travel; umbrellas, parasols; walking sticks and canes; clothing for pets; horse blankets, collars and leashes for animals in class 018. <br><br> For: furniture; mirrors; picture frames; paper photo frames; ornaments of wood, horn, bone, shell, mother-of-pearl, and substitutes for all these materials; three dimensional plastic ornaments; mattresses, air mattresses for use when camping, bean bag chairs and beds, pet beds; cushions; window blinds; clothes hangers; fitted furniture coverings; deck |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | chairs and folding chairs in class 020.<br><br>For: buttons, hooks and eyes, snap fasteners, press studs, zip fasteners, haberdashery in the nature of fabric appliques, decorative ribbons, buckles for clothing, belts and shoes; ornamental novelty badges; articles for hair, namely, hair ties, hair bands, hair ribbons, hair clips in class 026.<br><br>For: games, namely, board games, playing cards and card games, dice games, dominoes; playthings, namely, toy dolls, toy figurines, toy vehicles, stuffed toy animals including teddy bears, clothing for toys; Christmas tree decorations; sports equipment and covers and holders therefor, namely, covers for golf clubs, skis and tennis sports equipment in the nature of tennis racquets in class 028. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) as to certain Defaulting Defendants operating a domain name incorporating the BURBERRY Trademarks, and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using Burberry's BURBERRY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Burberry Product or not authorized by Burberry to be sold in connection with Burberry's BURBERRY Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Burberry Product or any other product produced by Burberry, that is not Burberry's or not produced under the authorization, control or supervision of Burberry and approved by Burberry for sale under Burberry's BURBERRY Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Burberry, or are sponsored by, approved by, or otherwise connected with Burberry;

    d. further infringing Burberry's BURBERRY Trademarks and damaging Burberry's goodwill;

    e. otherwise competing unfairly with Burberry in any manner; and

f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Burberry, nor authorized by Burberry to be sold or offered for sale, and which bear any Burberry trademark, including the BURBERRY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Burberry's choosing:

   a.  permanently transfer the Defendant Domain Names to Burberry's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Burberry's selection; or

   b.  cancel the registrations for the Defendant Domain Names and make them inactive.

3.  The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Burberry's selection.

4.  Those in privity with Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, including any online marketplaces such as

iOffer, eBay, AliExpress and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the BURBERRY Trademarks;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BURBERRY Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Burberry is awarded statutory damages from each of the Defaulting Defendants in the amount of two million dollars ($2,000,000) for willful use of counterfeit BURBERRY Trademarks on products sold through at least the Defendant Internet Stores. The two million dollar ($2,000,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any China or Hong Kong based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or

Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.   All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to Burberry as partial payment of the above-identified damages, and PayPal is ordered to release to Burberry the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8.   Until Burberry has recovered full payment of monies owed to it by any Defaulting Defendant, Burberry shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, PayPal shall within two (2) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Kevin Dorner, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. Restrain and enjoin such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' PayPal accounts to Burberry as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.     In the event that Burberry identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Burberry may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Kevin Dorner and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten thousand dollar ($10,000) cash bond posted by Burberry, including any interest minus the registry fee, is hereby released to Burberry or its counsel, Greer Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Burberry or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED: June 29, 2016

_____
U.S. District Court Judge James B. Zagel

31

**BURBERRY LIMITED, a United Kingdom company,
and BURBERRY LIMITED, a New York corporation v. BIXIANG LIN, et al.
- Case No. 16-cv-05162**

# Schedule A

## Defendants

| No. | Name / Alias |
|----|---|
| 1 | bixiang lin |
| 2 | bixiang lin 2 |
| 3 | bixiang lin 3 |
| 4 | bixiang lin 4 |
| 5 | bixiang lin 5 |
| 6 | bixiang lin 6 |
| 7 | 454ngyu |
| 8 | 6coversbest.com |
| 9 | 6luxeblackcover.com |
| 10 | 8bagmall.com |
| 11 | a long |
| 12 | Administrator Domain |
| 13 | aelix brand |
| 14 | agrgh agrgh rst |
| 15 | Alicia Clayton |
| 16 | Amy Wyant |
| 17 | Andrea Nicholls |
| 18 | ANDY SAUNDERS |
| 19 | Ano Nymous |
| 20 | Ano Nymous 2 |
| 21 | Asa Scott |
| 22 | Bao Xue |
| 23 | Benjamin Knapp |
| 24 | best6scovers.com |
| 25 | Bradley Owen |
| 26 | Brian engell |
| 27 | Brian Stephenson |
| 28 | Bumpus Renee |
| 29 | burberryonsale.net |
| 30 | burberryoutletstoreonline.org |
| 31 | Cameron Pearson |
| 32 | Chen DaGe |

| 33 | chen jing |
| 34 | chen yicong |
| 35 | Chu Chi |
| 36 | chun an |
| 37 | CORRAL TANIA |
| 38 | Craig Mitchell |
| 39 | Dabai Guo |
| 40 | David Bolden |
| 41 | Deepa Hirani |
| 42 | DENG XIE |
| 43 | dorethea gay |
| 44 | du du |
| 45 | edward wynne |
| 46 | Elizabeth MartinElizabeth Martin |
| 47 | Elizabeth S Lapan |
| 48 | enovobiz.com |
| 49 | Eric Lee |
| 50 | fang zhiqi |
| 51 | ffheins Karo |
| 52 | Finlay Hurst |
| 53 | Frances Trent |
| 54 | Francesca Poole |
| 55 | FRANCESCO FANG |
| 56 | frbag.com |
| 57 | galaxyfundas.com |
| 58 | Gareth Davies |
| 59 | Gary Whalley |
| 60 | geering laura |
| 61 | GEORGEALVES CAVALCANTI |
| 62 | gong tengxinyi |
| 63 | GuoHua Yu |
| 64 | han wu han wu |
| 65 | Harvey Gallagher |
| 66 | huachao Tyndall |
| 67 | huang xiansheng |
| 68 | ines pfeffer |
| 69 | iphonepluscasebuy.com |
| 70 | Isabelle Hunt |
| 71 | Janine Tozer |
| 72 | jersey-supply.com |
| 73 | Jessica Brady |

| 74 | Jia Jia Liu |
| 75 | jian huang |
| 76 | jianbao chen |
| 77 | jiang cai |
| 78 | JOHN PARKER |
| 79 | Julia Vann |
| 80 | Julie McNamee |
| 81 | Kelvin Clay |
| 82 | Kerrie Staniland |
| 83 | Kerstetter Debra |
| 84 | kong yong |
| 85 | kong yong 2 |
| 86 | kong yong 3 |
| 87 | lab266.com |
| 88 | Leo Adams |
| 89 | li chen |
| 90 | Li Dong Hua |
| 91 | li ling |
| 92 | li pinglong |
| 93 | li ruilian |
| 94 | Li Si |
| 95 | li tianhao |
| 96 | Li Wen Yan |
| 97 | Li XinBai |
| 98 | LI Xuan |
| 99 | lihua deng |
| 100 | Lily Shaw |
| 101 | lin fancheng |
| 102 | lin ping |
| 103 | lin ping 2 |
| 104 | lin ping 3 |
| 105 | Lin Shu |
| 106 | lin ziyan |
| 107 | LingLing Du |
| 108 | lirong shi |
| 109 | lisamerry |
| 110 | liu feima |
| 111 | Liu SanFeng |
| 112 | liu shenjian |
| 113 | Luigii Cardinaee |
| 114 | Marc Kain |

| 115 | Melissa Denzer |
|---|---|
| 116 | Mohammad Perkins |
| 117 | mysunglassesshop.com |
| 118 | Nancy chen |
| 119 | nicole lee |
| 120 | Noel Li |
| 121 | Norman Bellows |
| 122 | Norman L Harris |
| 123 | officialoutletstore.com |
| 124 | okayb2c.com |
| 125 | oujinshu |
| 126 | pinying niu |
| 127 | Qin Cong |
| 128 | qing lu |
| 129 | qinglu |
| 130 | rajbir athwal |
| 131 | Refugio DimarcoRefugio Dimarco |
| 132 | Robert Simonson |
| 133 | Ryan Holmes |
| 134 | Samuel Richards |
| 135 | San Zhang |
| 136 | Sarah Henry |
| 137 | ShaoGuo Yang |
| 138 | Sheng Lin |
| 139 | Shi Ku |
| 140 | shopmybags.xyz |
| 141 | Shu Xian Chen |
| 142 | sneakers998.com |
| 143 | Steve Davis |
| 144 | Su Ding Fang |
| 145 | sun jiao |
| 146 | Sunxing |
| 147 | Ting |
| 148 | top-luxuryhandbags.com |
| 149 | Tou Gua |
| 150 | Tyler Ashton |
| 151 | Vortre Williams |
| 152 | Walter Manieri |
| 153 | Wang Kangnian |
| 154 | watchesproducts.com |
| 155 | wei chen |

| 156 | Wei Liangjiang |
| 157 | Wei Zhongjie |
| 158 | wen ben zhou |
| 159 | whluxury.com |
| 160 | wholesale128.us |
| 161 | wu faxiang |
| 162 | wu han |
| 163 | wu junlong |
| 164 | xiali |
| 165 | xiansheng feng |
| 166 | xie siyuan |
| 167 | xie xiao |
| 168 | xingyang Lu |
| 169 | xinqian Tyndall |
| 170 | xn--skjortepnett-0cb.com |
| 171 | xu mihua |
| 172 | yi chen |
| 173 | yonng jones |
| 174 | yun wang |
| 175 | Zai Tian Cheng |
| 176 | Zhang HongJie |
| 177 | zheng GouFang |
| 178 | Zheng Tu Xin Mao Yi You Xian Gong Si |
| 179 | Zheng Ya Fei |
| 180 | Zhou ZongLi |
| 181 | Anhui Sengeya Trade Co., Ltd. |
| 182 | Dongguan Humen Ecoach Garment Factory |
| 183 | Dongguan Topgood Handbag Leather Co., Ltd. |
| 184 | Dongguan Velloda Jewelry Manufacturer |
| 185 | DISMISSED |
| 186 | Rongcheng County River Commercial & Trading Co., Ltd. |
| 187 | Shanghai Choza Industrial Co., Ltd. |
| 188 | Shenzhen V&J Apparel Co., Ltd. |
| 189 | Wenzhou Cathylin International Trade Co., Ltd. |
| 190 | Wenzhou Design Trade Co., Ltd |
| 191 | Yiwu Chundong Rain Gear Factory |
| 192 | Yiwu Hodeang E-Commerce Co., Ltd. |
| 193 | Yiwu JoJo Fashion Accessories Factory |
| 194 | Yiwu Yujingrun Imp. & Exp. Co., Ltd. |
| 195 | Yongkang Playshion Leisure Supplies Co., Ltd. |
| 196 | Amoy Mason Trading Co.,Ltd |

| 197 | DISMISSED |
| 198 | Angel wings clothing store |
| 199 | Anne Baby's Store |
| 200 | Annie's favorite store |
| 201 | Bee L's store |
| 202 | Belong to their own fashion |
| 203 | Buenas Scarf |
| 204 | Byte China |
| 205 | China Tradition Costume Regie |
| 206 | COLOR YOUR LIFE --SCARF |
| 207 | Dida Lin's Baby and Children Store |
| 208 | Easydeal Fashion Store(Offer Drop Shipping) |
| 209 | Elina's happy store |
| 210 | Ever Beauty Clothing Wholesale & Retail ( Drop Shipping ) |
| 211 | Fashion Tribal |
| 212 | GAETANO |
| 213 | Gig World |
| 214 | Good Luck Kids Boutique |
| 215 | Graceland Shop |
| 216 | Hiheart Store |
| 217 | Lucky Lynn's Store |
| 218 | No.01 Store |
| 219 | Oh Yeah Shop |
| 220 | Online Store 226063 |
| 221 | Our Family Co., LTD. |
| 222 | Pet's world |
| 223 | piao's shop |
| 224 | R. May Fashion Co., Ltd. |
| 225 | DISMISSED |
| 226 | The end of the world beautiful shop |
| 227 | The only one of Crown shop |
| 228 | Twinkle Twinkle Fashion Collection |
| 229 | Welcome to Helen' Store |
| 230 | Winsome Ribbon Hairbow |
| 231 | women swimsuit |
| 232 | 2010ecshop |
| 233 | DISMISSED |
| 234 | awx118 |
| 235 | cc-tai |
| 236 | champion-30 |
| 237 | china-town-us |

| | |
|---|---|
| 238 | chongdian888 |
| 239 | deielchan.sports |
| 240 | ebuyersalepo |
| 241 | echo-store |
| 242 | eindaily2010 |
| 243 | ezhair2012 |
| 244 | fashionbaby2016 |
| 245 | fashionjewel2012 |
| 246 | fashion-manor |
| 247 | fashion-swimwear |
| 248 | flyflowers2013 |
| 249 | DISMISSED |
| 250 | goblins.trade |
| 251 | DISMISSED |
| 252 | DISMISSED |
| 253 | hibuyhere |
| 254 | DISMISSED |
| 255 | jade2011a |
| 256 | jestt |
| 257 | lanlanliu1682008 |
| 258 | lujawp_ss520 |
| 259 | luming_net |
| 260 | mailandy |
| 261 | maolincn |
| 262 | master-jeans |
| 263 | mensshow |
| 264 | my-store36 |
| 265 | nc_y |
| 266 | orangephone2013 |
| 267 | qywatch |
| 268 | DISMISSED |
| 269 | shoppingfreely |
| 270 | shoppingmall003 |
| 271 | showpurchase |
| 272 | startfromhere123 |
| 273 | DISMISSED |
| 274 | DISMISSED |
| 275 | supermarkethot |
| 276 | super-style365 |
| 277 | DISMISSED |
| 278 | DISMISSED |

| 279 | weixian83 |
|-----|-----------|
| 280 | wenyue1989 |
| 281 | xbykehu2014 |
| 282 | xy2012fw |
| 283 | ylhzg888 |
| 284 | zhucunwan |
| 285 | goodlucky28 |

| **Defendant Online Marketplace Accounts** | |
|-----|-----------|
| **No** | **URL** |
| 1 | sengeyatrade.en.alibaba.com |
| 2 | ecoach.en.alibaba.com |
| 3 | shenyuan3399.en.alibaba.com |
| 4 | vellodajewelry.en.alibaba.com |
| 5 | DISMISSED |
| 6 | river-trading.en.alibaba.com |
| 7 | choza.en.alibaba.com |
| 8 | vjapparel.en.alibaba.com |
| 9 | cathylin.en.alibaba.com |
| 10 | mailong.en.alibaba.com |
| 11 | cd-raingear.en.alibaba.com |
| 12 | ohgift.en.alibaba.com |
| 13 | jojo3.en.alibaba.com |
| 14 | ywyujingrun.en.alibaba.com |
| 15 | playshion-clothing.en.alibaba.com |
| 16 | aliexpress.com/store/1181717 |
| 17 | DISMISSED |
| 18 | aliexpress.com/store/235087 |
| 19 | aliexpress.com/store/403875 |
| 20 | aliexpress.com/store/1933899 |
| 21 | aliexpress.com/store/118138 |
| 22 | aliexpress.com/store/1875648 |
| 23 | aliexpress.com/store/506021 |
| 24 | aliexpress.com/store/10096111 |
| 25 | aliexpress.com/store/1291426 |
| 26 | aliexpress.com/store/616407 |
| 27 | aliexpress.com/store/116654 |
| 28 | aliexpress.com/store/119102 |
| 29 | aliexpress.com/store/1311006 |
| 30 | aliexpress.com/store/210718 |
| 31 | aliexpress.com/store/2026011 |

| | |
|---|---|
| 32 | aliexpress.com/store/1281462 |
| 33 | aliexpress.com/store/1528002 |
| 34 | aliexpress.com/store/918650 |
| 35 | aliexpress.com/store/1019046 |
| 36 | aliexpress.com/store/537360 |
| 37 | aliexpress.com/store/1944616 |
| 38 | aliexpress.com/store/201380 |
| 39 | aliexpress.com/store/1424034 |
| 40 | aliexpress.com/store/226063 |
| 41 | aliexpress.com/store/2030093 |
| 42 | aliexpress.com/store/504833 |
| 43 | aliexpress.com/store/1976058 |
| 44 | aliexpress.com/store/419266 |
| 45 | DISMISSED |
| 46 | aliexpress.com/store/123262 |
| 47 | aliexpress.com/store/1923485 |
| 48 | aliexpress.com/store/1722415 |
| 49 | aliexpress.com/store/1881450 |
| 50 | aliexpress.com/store/1803396 |
| 51 | aliexpress.com/store/1983475 |
| 52 | ebay.com/usr/2010ecshop |
| 53 | DISMISSED |
| 54 | ebay.com/usr/awx118 |
| 55 | ebay.com/usr/cc-tai |
| 56 | ebay.com/usr/champion-30 |
| 57 | ebay.com/usr/china-town-us |
| 58 | ebay.com/usr/chongdian888 |
| 59 | ebay.com/usr/deielchan.sports |
| 60 | ebay.com/usr/ebuyersalepo |
| 61 | ebay.com/usr/echo-store |
| 62 | ebay.com/usr/eindaily2010 |
| 63 | ebay.com/usr/ezhair2012 |
| 64 | ebay.com/usr/fashionbaby2016 |
| 65 | ebay.com/usr/fashionjewel2012 |
| 66 | ebay.com/usr/fashion-manor |
| 67 | ebay.com/usr/fashion-swimwear |
| 68 | ebay.com/usr/flyflowers2013 |
| 69 | DISMISSED |
| 70 | ebay.com/usr/goblins.trade |
| 71 | DISMISSED |
| 72 | DISMISSED |

| 73 | ebay.com/usr/hibuyhere |
| 74 | DISMISSED |
| 75 | ebay.com/usr/jade2011a |
| 76 | ebay.com/usr/jestt |
| 77 | ebay.com/usr/lanlanliu1682008 |
| 78 | ebay.com/usr/lujawp_ss520 |
| 79 | ebay.com/usr/luming_net |
| 80 | ebay.com/usr/mailandy |
| 81 | ebay.com/usr/maolincn |
| 82 | ebay.com/usr/master-jeans |
| 83 | ebay.com/usr/mensshow |
| 84 | ebay.com/usr/my-store36 |
| 85 | ebay.com/usr/nc_y |
| 86 | ebay.com/usr/orangephone2013 |
| 87 | ebay.com/usr/qywatch |
| 88 | DISMISSED |
| 89 | ebay.com/usr/shoppingfreely |
| 90 | ebay.com/usr/shoppingmall003 |
| 91 | ebay.com/usr/showpurchase |
| 92 | ebay.com/usr/startfromhere123 |
| 93 | DISMISSED |
| 94 | DISMISSED |
| 95 | ebay.com/usr/supermarkethot |
| 96 | ebay.com/usr/super-style365 |
| 97 | DISMISSED |
| 98 | DISMISSED |
| 99 | ebay.com/usr/weixian83 |
| 100 | ebay.com/usr/wenyue1989 |
| 101 | ebay.com/usr/xbykehu2014 |
| 102 | ebay.com/usr/xy2012fw |
| 103 | ebay.com/usr/ylhzg888 |
| 104 | ebay.com/usr/zhucunwan |
| 105 | ioffer.com/selling/goodlucky28 |

| Defendant Domain Names | |
| --- | --- |
| 1 | cheapscarfburberry.com |
| 2 | scarfsaleburberry.com |
| 3 | cheapburberryscarfshop.com |
| 4 | scarves1856.com |
| 5 | scarvesbuystore.com |
| 6 | scarvesreplicas.com |

| 7 | scarfcheapsale.co.uk |
| 8 | designerscarves.biz |
| 9 | 6coversbest.com |
| 10 | 6luxeblackcover.com |
| 11 | 8bagmall.com |
| 12 | cheapburberry-shirt.com |
| 13 | burberryhandbags.us.org |
| 14 | gameseatps3.com |
| 15 | mwplmits.com |
| 16 | doxhopedeerhounds.co.uk |
| 17 | iphonedekselnorgesalg.com |
| 18 | designeriphonecasessale.co.uk |
| 19 | ip-cc.org.uk |
| 20 | afcr.fr |
| 21 | demarquepascher.fr |
| 22 | burberrysunglasses.us.com |
| 23 | firstclassluxuryhandbags.com |
| 24 | burberryoutletstores.us.com |
| 25 | best6scovers.com |
| 26 | burberry-uk.net |
| 27 | bestscarfmall.com |
| 28 | bubble-shooter.co.uk |
| 29 | bcalaw.us |
| 30 | burberryonsale.net |
| 31 | burberryoutletstoreonline.org |
| 32 | askpt.co.uk |
| 33 | burberrysale.me.uk |
| 34 | burberry-bagsoutlet.com |
| 35 | bagshoppingjp.com |
| 36 | replicamenswatches.trade |
| 37 | hhsearchllc.com |
| 38 | drswaardesigns.com |
| 39 | iskull.net |
| 40 | bests6case.com |
| 41 | cases7galaxy.com |
| 42 | billigeburberryskjorte.com |
| 43 | happytiers.co.uk |
| 44 | bapebiz.co |
| 45 | iborseoutlet.com |
| 46 | montresdemode.com |
| 47 | highwatchsjp.com |

| 48 | fortehomesenfield.co.uk |
|----|-------------------------|
| 49 | centresingaporemarket.top |
| 50 | schalsdeutschland.net |
| 51 | enovobiz.com |
| 52 | bulgariarealestateagency.co.uk |
| 53 | critical-decisions.org |
| 54 | burberryoutletfactory.us.com |
| 55 | wrmg.co.uk |
| 56 | newbagsoutletsale.com |
| 57 | fredag.co.uk |
| 58 | d2schuhe.com |
| 59 | frbag.com |
| 60 | galaxyfundas.com |
| 61 | travelbutterfly.co.uk |
| 62 | painting-courses.co.uk |
| 63 | burberryoutlets.us.org |
| 64 | capsexport.com |
| 65 | 2016hotsalebag.com |
| 66 | hnadbags.com |
| 67 | shopdiscountsneakers.com |
| 68 | londonstuntschool.co.uk |
| 69 | burberyespana.com |
| 70 | rberry.win |
| 71 | mtjulietpetsitting.com |
| 72 | iphonepluscasebuy.com |
| 73 | carcasadephone.co.uk |
| 74 | royray.co.uk |
| 75 | jersey-supply.com |
| 76 | havock.co.uk |
| 77 | 2016myluxurybags.com |
| 78 | lv-outletshops.com |
| 79 | wholesalestoreworld.top |
| 80 | casesmilephone.com |
| 81 | mode-burberry.com |
| 82 | burberryoutletstore.us.com |
| 83 | bobbysbangers.co.uk |
| 84 | burberrybelt.com |
| 85 | jackstown.co.uk |
| 86 | burberryoutlets.in.net |
| 87 | outletburberrysale.com |
| 88 | saleburberryoutlet.com |

| 89 | outletburberryonline.com |
|-----|--------------------------|
| 90 | lab266.com |
| 91 | newsicmoos.co.uk |
| 92 | designermenshirt.com |
| 93 | topdesignersneaker.com |
| 94 | bbforu.com |
| 95 | chedfree.com |
| 96 | cheapburberryonlinestore.com |
| 97 | cheapluxuryoutletshop.com |
| 98 | peaseandgay.com |
| 99 | burberry-outlet-store.us.com |
| 100 | metamarcashopit.com |
| 101 | iphonehulle.date |
| 102 | custodieiphoneoutlet.com |
| 103 | dopeok.com |
| 104 | burberryoutletscarfs.com |
| 105 | printingpad.co.uk |
| 106 | mikerowevideo.com |
| 107 | mulediaries.com |
| 108 | thelocalsstory.com |
| 109 | jewsofcolorunited.com |
| 110 | rileyscience.com |
| 111 | paperinkstudio.com |
| 112 | burberrybag.date |
| 113 | uw-shoess.cc |
| 114 | burberrynederlandoutlet.com |
| 115 | blogsaddles.com |
| 116 | vltransportcenter.biz |
| 117 | sharkmediadesign.com |
| 118 | burberry-outletsale.us.com |
| 119 | faites-vous-connaitre.com |
| 120 | outlet-sale.us |
| 121 | baacode.co.uk |
| 122 | replicahandbags.name |
| 123 | packarddance.co.uk |
| 124 | mysunglassesshop.com |
| 125 | topbrand7.com |
| 126 | zealbags.us |
| 127 | burberryscarf.in.net |
| 128 | mobildekselnorgesalg.com |
| 129 | louisvuitton-handbags.co |

| 130 | officialoutletstore.com |
|-----|-------------------------|
| 131 | okayb2c.com |
| 132 | freshreps.com |
| 133 | coolebags.com |
| 134 | bagsonsale.win |
| 135 | burberryshirtsonline.com |
| 136 | luxuryburberry.com |
| 137 | topbrandsite.top |
| 138 | bouncycastleparties.co.uk |
| 139 | burmelborne.top |
| 140 | nfpolice.us |
| 141 | cheapflightsadviser.co.uk |
| 142 | bm-biz.co.uk |
| 143 | burberry-outlets.com |
| 144 | burberry2016.co.uk |
| 145 | jeepicon.com |
| 146 | burbeooses.win |
| 147 | knockoffhandbagswholesale.top |
| 148 | shopmybags.xyz |
| 149 | ttbags.net |
| 150 | sneakers998.com |
| 151 | burberrys-outlet.co.uk |
| 152 | nike-pascher.org |
| 153 | kopenhamnrea.com |
| 154 | outlet-burberry.name |
| 155 | burberrysoutlet.in.net |
| 156 | top-luxuryhandbags.com |
| 157 | replicasunglasses.trade |
| 158 | asjtrivia.co.uk |
| 159 | obligo.co.uk |
| 160 | raeucherbunker.com |
| 161 | burberry-outletonlinesale.in.net |
| 162 | watchesproducts.com |
| 163 | cheapscarfonline.com |
| 164 | outlet-burberry.net.co |
| 165 | burberry-handbags2016.in.net |
| 166 | lebron11christmasshoes.com |
| 167 | whluxury.com |
| 168 | wholesale128.us |
| 169 | burberrys-outlet2016.com |
| 170 | designersneakercheap.com |